UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Karen Dixon | : | CIVIL CASE NO: |
| Plaintiff | : | 3:15-cv-00691-AWT |
| | : | |
| v. | : | |
| | : | |
| A Better Way Wholesale Autos, Inc. | : | |
| Defendant | : | FEBRUARY 29, 2016 |

MOTION FOR JUDGMENT FOLLOWING ARBITRATION AWARD

The Plaintiff, Karen Dixon, respectfully requests that the court enter judgment against Defendant A Better Way Wholesale Autos, Inc. ("ABW") in the amount of $49,616.72.  The undersigned states the following in support:

1.    Plaintiff initiated this action on May 7, 2015.

2.    The Defendant ABW subsequently filed a Motion to Stay and Compel Arbitration [Doc. 9] on June 1, 2015, which motion was denied by the Court as moot.

3.    On June 5, 2015, Plaintiff filed a Motion to Stay Pending Arbitration [Doc. 10], which motion was granted by the Court on November 18, 2015.

4.    An arbitration was conducted by the American Arbitration Association in accordance with the agreement of the parties with Walter W. Kocher serving as arbitrator.

5.    Arbitrator Kocher entered an Interim Award on January 26, 2016, attached as Exhibit A, finding for Karen Dixon on the following claims: Truth in Lending Act ("TILA"), Retail Installment Sales Finance Act ("RISFA"), Uniform Commercial Code ("UCC"), and the Connecticut Unfair Trade Practices Act ("CUTPA").

6.    On February 27, 2016, Arbitrator Kocher entered a Final Award, attached as Exhibit B, in favor of Karen Dixon.

7. The Final Award provides for the following:

   A. TILA statutory damages of $4,000[1];

   B. UCC statutory damages of $7,570.72;

   C. RISFA statutory damages of $500.00;

   D. CUTPA actual damages of $3,746.00; and

   E. Attorney's fees of $33,800.

8. Plaintiff is entitled to a judgment of $49,616.72.


PLAINTIFF, KAREN DIXON,

By: /s/ *Daniel S. Blinn*
    Daniel S. Blinn (ct02188)
    Consumer Law Group, LLC
    35 Cold Spring Road, Suite 512
    Rocky Hill, Connecticut 06067
    Tel. (860) 571-0408
    Fax (860) 571-7457
    dblinn@consumerlawgroup.com


CERTIFICATION

I hereby certify that on this 29th day of February, 2016, a copy of the foregoing Motion for Judgment was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Daniel S. Blinn*
Daniel S. Blinn

---

[1] Claimant was awarded TILA statutory damages of $2,000 for each contract, for a total of $4,000.