UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| **KAREN DIXON** | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:15-CV-691 (AWT) |
| **A BETTER WAY WHOLESALE AUTOS, INC.** | : |
| Defendant. | : |

## JUDGMENT

This action having come on for consideration of the plaintiff's motion for judgment following arbitration award before the Honorable Alvin W. Thompson, United States District Judge.

The Court, having considered the motion and the full record of the case including applicable principles of law, and having filed an order granting the motion, it is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered In favor of the plaintiff Karen Dixon against A Better Way Wholesale Autos, Inc., in the total amount of $49,616.72.

Dated at Hartford, Connecticut, this 1st day of April, 2016.

ROBIN D. TABORA, Clerk

By   /s/ Linda S. Ferguson
　　　Linda S. Ferguson
　　　Deputy Clerk

EOD: 4/1/16