UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------- x
KAREN DIXON,                     :
                                 :
         Plaintiff,              :   Civil No. 3:15-cv-691(AWT)
                                 :
v.                               :
                                 :
A BETTER WAY WHOLESALE AUTOS, INC., :
                                 :
                                 :
         Defendant.              :
-------------------------------- x
```

## ORDER TO SHOW CAUSE

As discussed during the status conference today, by June 28, 2016, the defendant shall show cause why the court should not impose sanctions, in the form of attorney's fees, in connection with the defendant's Motion to Vacate (Doc. No. [21]).

It is so ordered.

Signed this 7th day of June, 2016 at Hartford, Connecticut.

```
                          _____ ___/s/_____
                          Alvin W. Thompson
                          United States District Judge
```