```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

--------------------------------- x
KAREN DIXON,                      :
                                  :
        Plaintiff,                :   Civil No. 3:15-cv-691(AWT)
                                  :
v.                                :
                                  :
A BETTER WAY WHOLESALE AUTOS, INC., :
                                  :
                                  :
        Defendant.                :
--------------------------------- x

## AMENDED ORDER TO SHOW CAUSE

As discussed during the status conference on June 7, 2016, by June 28, 2016, the defendant shall show cause why the court should not impose sanctions, in the form of attorney's fees, for violation of Federal Rule of Civil Procedure 11(b) in connection with the defendant's Motion to Vacate (Doc. No. [21]), specifically, by purporting to describe to the court what occurred during the arbitration proceeding without disclosing to the court and addressing in its memorandum the fact that determinations by the arbitrator in his Decision on Respondent's Objection to the Submission of Additional Evidence and Argument and Its Motion for a Finding in Favor of Respondent February 10, 2016 contradicted the defendant's representations to the court.

It is so ordered.

Signed this 8th day of June, 2016 at Hartford, Connecticut.

```
_____  ___/s/_____
Alvin W. Thompson
United States District Judge
```