UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Karen Dixon | : | CIVIL CASE NO: |
|    Plaintiff | : | 3:15-cv-00691-AWT |
| | : | |
| v. | : | |
| | : | |
| A Better Way Wholesale Autos, Inc. | : | |
|    Defendant | : | SEPTEMBER 13, 2016 |

## MOTION FOR SUPPLEMENTAL ATTORNEY'S FEES

The Plaintiff, Karen Dixon, hereby moves for an award of supplemental attorney's fees in the amount of $5,400, to be paid by the defendant, A Better Way Wholesale Autos, Inc. In support of this Motion, Plaintiff attaches the declaration of the undersigned counsel and a supporting Memorandum of Law.

                                PLAINTIFF, KAREN DIXON

                                By: /s/ *Daniel S. Blinn*
                                    Daniel S. Blinn (ct02188)
                                    Consumer Law Group, LLC
                                    35 Cold Spring Road, Suite 512
                                    Rocky Hill, Connecticut 06067
                                    Tel. (860) 571-0408
                                    Fax (860) 571-7457
                                    dblinn@consumerlawgroup.com

## CERTIFICATION

    I hereby certify that on this 13th day of September 2016, a copy of the foregoing Motion for Supplemental Attorney's Fees, the supporting Declaration of Daniel S. Blinn, and the supporting Memorandum of Law were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ *Daniel S. Blinn*
                                          Daniel S. Blinn