UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Karen Dixon | : | CIVIL CASE NO: |
|     Plaintiff | : | 3:15-cv-00691-AWT |
| | : | |
|     v. | : | |
| | : | |
| A Better Way Wholesale Autos, Inc. | : | |
|     Defendant | : | SEPTEMBER 13, 2016 |

**DECLARATION OF DANIEL S. BLINN**

STATE OF CONNECTICUT:

                        : ss.  Rocky Hill

COUNTY OF HARTFORD   :

The undersigned  hereby declares under penalty of perjury that:

1.      I am over eighteen years of age, and I believe in the obligations of an oath.

2.      I am the founder and Managing Attorney of Consumer Law Group, LLC ("CLG"), a private law firm established on September 1, 1997, that focuses its practice upon representing consumers against business entities and the advancement of consumer rights and protection matters.

3.      I have had primary responsibility for this file from its inception, and all work performed on this case has been performed by me or was under my direct and close supervision.

4.      It is CLG's practice for all personnel to make contemporaneous records of work performed on client matters, including the amount of time required and a description of the work.  These entries are then entered into the firm's computer billing program.

5.      The billing rate for my work described in this affidavit is $400 per hour. The billing rate for my paralegal Lori Miner for her work in preparing this motion and memorandum of law is $150 per hour.

6.      I believe that my billing rates, and those of the staff members at CLG, are comparable to those charged by other Connecticut firms with comparable levels of experience and expertise, and these rates have been approved in prior fee applications by both state and federal courts.

7.      I attach as "Exhibit A" a  report showing the work performed in connection with the opposition to the Motion for Relief from Judgment and the Motion to Vacate Arbitration Award filed by the defendant in this action.

8.      It is my considered opinion that a supplemental attorney's fee of $5,400  is reasonable and fair for the additional work performed in opposing these motions.

/s/ Daniel S. Blinn
Daniel S. Blinn

2

EXHIBIT A

| Date: | 9/13/2016 |
| User: | DB |

# Pre-Bill Worksheet

---

Bill To:   **Dixon - Supplemental Fee Application - 16-2852**

Karen Dixon
7B Rockview Circle
New Haven, CT 06515

Billing Cycle:
Status                          Active
Instructions
Fee Arrangement:                Standard - First Bill
Exp Arrangement:                Standard

Billing Actions

Last Bill Date:                 n/a
Last Payment Date               n/a

**Fees**

| Date / Staff | Bill Code / Description | Rate / Markup % | Hours / DNB Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|
| 4/11/2016 DSB | review and evaluate motion for relief for judgment and motion to vacate arb award | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 4/11/2016 DSB | conf w/ LM re preparation of response to motion for relief from judgment and motion to vacate arbitration award | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 4/11/2016 DSB | tc w/ client regarding motion for relief from judgment and motion to vacate | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 4/12/2016 DSB | Review affidavit filed by Votre and notes to LM re issues to incorporate into briefing | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 4/13/2016 LM | Draft reply to motion to vacate. | $150.00 | 0.80 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 4/14/2016 LM | Research re: stay of execution after motion to vacate. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 4/15/2016 DSB | review Lori Miner affidavit attaching relevant arbitration documents; review damages submission to confirm prior attempts to resolve | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 4/15/2016 LM | Draft Affidavit attaching arbitration documents and compile attachments (.9); edit reply to motion to vacate (.8); draft objection to motion for relief from judgment (1.0). | $150.00 | 2.70 | 0.00 | $405.00 | Billable | $405.00 | $405.00 |

**1**

**Pre-Bill Worksheet**

| Date / Initials | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 4/25/2016 DSB | revise draft memorandum in opposition to motion for relief from judgment | $400.00 | 2.00 | 0.00 | $800.00 | Billable | $800.00 | $800.00 |
| 4/26/2016 DSB | revise intro and background section of opposition to motion to vacate | $400.00 | 1.20 | 0.00 | $480.00 | Billable | $480.00 | $480.00 |
| 4/28/2016 DSB | review status of revisions to Miner Affidavit and revisions to memo of law opposing motion for judgment | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 4/28/2016 LM | Edit LM Affidavit and compile additional exhibits (.6); edit motion to vacate (.2); obtain AAA.'s consumer Rules and Protocols (.1). | $150.00 | 0.90 | 0.00 | $135.00 | Billable | $135.00 | $135.00 |
| 4/29/2016 DSB | revise and finalize opposition to motion to open judgment | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 4/29/2016 DSB | Revise and finalize opposition to motion to vacate | $400.00 | 1.40 | 0.00 | $560.00 | Billable | $560.00 | $560.00 |
| 4/29/2016 LM | Edit and finalize affidavit (.5); edit and finalize opposition to vacate (4.). | $150.00 | 0.90 | 0.00 | $135.00 | Billable | $135.00 | $135.00 |
| 4/29/2016 LM | Edit/finalize opposition to motion for relief from judgment. | $150.00 | 0.20 | 0.00 | $30.00 | Billable | $30.00 | $30.00 |
| 5/02/2016 DSB | Update client on post-judgment motions by defendant and response to same | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/31/2016 DSB | review notice from court requesting availability for in-court status conf | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 6/07/2016 DSB | Status Conference before Judge Alvin Thompson (including file review and travel) | $400.00 | 2.30 | 0.00 | $920.00 | Billable | $920.00 | $920.00 |
| 6/29/2016 DSB | review ABW response to show cause order; decision to not file response | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 7/22/2016 DSB | review rulings on motion for relief for judgment and on motion to vacate award (.1); conf w/ LM and outline motion to extend time to move for fees i(.1); tc w/ K. Dixon re same (.1) | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 8/04/2016 DSB | review notice from Court re Atty Votre not having provided bench copy of reply to order to show cause; review order | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |

**2**

**Pre-Bill Worksheet**

extending time to move for fees;
email to Ms. Dixon advising re
same

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8/23/2016<br>LM | tct (vmm) client re: adversary<br>proceedings. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 9/01/2016<br>LM | Draft motion for supplemental<br>atty fees (.1); prepare<br>declaration of DSB (.2); draft<br>supporting MOL (1.4).draft bill<br>of costs (.1). | $150.00 | 1.80 | 0.00 | $270.00 | Billable | $270.00 | $270.00 |
| 9/13/2016<br>DSB | Revise motion for fees, memo<br>of law and declaration | $400.00 | 1.60 | 0.00 | $640.00 | Billable | $640.00 | $640.00 |
| Total | Billable Fees | | 18.10 | | $5,365.00 | | | $5,365.00 |

**Expenses**

| Date<br>Staff | Bill Code<br>Description | Price<br>Markup % | Quantity | Amount | Status | Adj Value | Billed Val |
|---|---|---|---|---|---|---|---|
| 4/15/2016<br>DSB | $CPY<br>Copies (Exhibits to LM affidavit) | $0.18 | 152.00 | $27.36 | Billable | $27.36 | $27.36 |
| 5/05/2016<br>DF | $CPY<br>Copies | $0.18 | 59.00 | $10.62 | Billable | $10.62 | $10.62 |
| 5/05/2016<br>DF | $PST<br>Postage | $0.00 | 1.00 | $0.00 | Billable | $0.00 | $0.00 |
| 6/09/2016<br>DF | $LOCT<br>Local travel to USDC Hartford | $0.55 | 21.00 | $11.55 | Billable | $11.55 | $11.55 |
| Total | Billable Expenses | | | $49.53 | | | $49.53 |

3

**Pre-Bill Worksheet**

**Calculations of Fees and Expenses**

| | | |
|---|---:|---:|
| Fees Arrangement: Standard - First Bill | | |
| Total of billable time records | $5,365.00 | |
| | | |
| Total Fees | | $5,365.00 |
| | | |
| Expense Arrangement: Standard | | |
| Total of billable expense records | $49.53 | |
| | | |
| Total Expenses | | $49.53 |
| | | |
| Total New Charges | | $5,414.53 |
| | | |
| Total New Charges | | $5,414.53 |
| | | |
| Previous Balance | | $0.00 |
| Total New Balance | | $5,414.53 |

**Staff Summary**

| Staff | Total Hours | Billable | Non-Billable | Rate | Amount |
|---|---:|---:|---:|---:|---:|
| DSB | 10.60 | 10.60 | 0.00 | $400.00 | $4,240.00 |
| LM | 7.50 | 7.50 | 0.00 | $150.00 | $1,125.00 |

**Phase Summary**

| Code | Hours | Rate | Fees | Expenses | Total |
|---|---:|---:|---:|---:|---:|
| (None) | 18.10 | 400.00 | $5,365.00 | $49.53 | $5,414.53 |

4