```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

-------------------------------- x
KAREN DIXON,                     :
                                 :
         Plaintiff,              :
                                 :
v.                               :   Civil No. 3:15-cv-691(AWT)
                                 :
A BETTER WAY WHOLESALE AUTOS,    :
INC.,                            :
                                 :
         Defendant.              :
-------------------------------- x
```

**ORDER RE MOTION FOR SUPPLEMENTAL ATTORNEY'S FEES**

For the reasons set forth below, the plaintiff's Motion for Supplemental Attorney's Fees (Doc. No. 41) is hereby GRANTED. The plaintiff is hereby awarded $5,400 as supplemental attorney's fees.

The defendant argues that the hourly rate of the plaintiff's counsel and the total fees are each unreasonably high. When the court ruled on the defendant's motion to vacate the arbitration award, it reviewed the Declaration of Daniel S. Blinn (Doc. No. 25-1 at 187), which was submitted in the arbitration proceeding and addressed Consumer Law Group, LLC's billing rates. The court found the analysis with respect to the billing rates in ¶ 8 persuasive at that time and continues to find it persuasive. With respect to the total fees, which is a product of the total hours expended by the plaintiff's counsel and the billing rates, the court notes that the primary driver of the number of hours

expended by the plaintiff's counsel here has been the fact that a detailed submission by the plaintiff was necessary to address the issues raised by the defendant's counsel in an effort to vacate the arbitration award.  The defendant does not have a legitimate complaint because the plaintiff's counsel merely took the time necessary to respond.

It is so ordered.

Signed this 16th day of May, 2017, at Hartford, Connecticut.

                                                  /s/ AWT
                                        Alvin W. Thompson
                                        United States District Judge