UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Karen Dixon | : | CIVIL CASE NO: |
|     Plaintiff | : | 3:15-cv-00691-AWT |
| | : | |
| v. | : | |
| | : | |
| A Better Way Wholesale Autos, Inc. | : | |
|     Defendant | : | JULY 11, 2017 |

**PLAINTIFF'S MEMORANDUM OF LAW
IN SUPPORT OF MOTION FOR SUPPLEMENTAL ATTORNEY'S FEES**

**INTRODUCTION**

The Plaintiff, Karen Dixon, submits the following in support of her motion for an award of supplemental attorney's fees against the Defendant, A Better Way Wholesale Autos, Inc. ("ABW"), following the Appeal to the Second Circuit Court of Appeals. Plaintiff seeks an award of $23,505.82 for the fees reasonably incurred in defending the appeal filed by ABW.

**PROCEDURAL HISTORY AND BACKGROUND**

Dixon filed her Complaint against the defendant on May 7, 2015 alleging violations, *inter alia,* of the Truth in Lending Act ("TILA"), the Equal Credit Opportunity Act ("ECOA"), the Fair Credit Reporting Act ("FCRA"), the Connecticut Unfair Trade Practices Act ("CUTPA"), the Uniform Commercial Code ("UCC") and the Connecticut Retail Installment Sales Financing Act ("RISFA"). This case was stayed pending arbitration.

On June 5, 2015, the Plaintiff filed a demand for arbitration with the American Arbitration Association. A hearing was held on December 3, 2015 before Arbitrator

Walter W. Kocher. Arbitrator Kocher issued an Interim Award on January 26, 2016, and a final award on February 27, 2016. Thereafter, Plaintiff filed a Motion for Judgment Following Arbitration Award requesting the Court to enter judgment against ABW in the amount of the arbitration award of $49,616.72. The Court granted the Motion on April 1, 2016, and judgment entered in favor of Dixon. ABW moved for relief from the judgment and to vacate the arbitration awards, and both motions were denied.

In September, 2016, Plaintiff filed a motion for supplemental attorney's fees for the work performed in opposing ABW's motions for relief from judgment and to vacate the arbitration award. This Court granted the Plaintiff's motion for supplemental fees on May 17, 2017, awarding $5,400.

ABW appealed this Court's judgment to the United States Court of Appeals for the Second Circuit, and on June 28, 2017 the Court of Appeals entered its Summary Order affirming this Court's judgment. As part of its order, the Second Circuit held that ABW is liable to Plaintiff for a reasonable attorney's fee for the defense of the judgment on appeal. Plaintiff now seeks an award of fees.

**ARGUMENT**

    **Plaintiff Should Be Awarded $23,505.82 As Supplemental Fees**

In her prior Motion for Supplemental Fees, Plaintiff addressed the criteria an award of attorney's fees as set forth in *Arbor Hill Concerned Citizens Neighborhood Ass'n v. County of Albany*, 493 F.3d 110, 117-118 (2d Cir. N.Y. 2007). This Court previously approved the hourly rates of Dixon's attorneys in its Order granting that motion (Doc. 50). Attorney Brian L. Bromberg, who performed the majority of the work on the appeal, is billing at the same rate as the undersigned, or $400/hour.

As explained in the undersigned's Declaration, Consumer Law Group does not have the resources to handle the numerous appeals that A Better Way Wholesale Autos has raised in challenges to the judgments that have entered against it. Additionally, the undersigned has limited appellate experience. The decision was therefore made to have Attorney Bromberg handle the appeal. It is common for consumer protection lawyers, most of whom practice in solo or small firm practices, to co-counsel on cases requiring additional resources. Attorneys Blinn and Bromberg collaborate frequently on cases in both Connecticut and New York, and they work together in the same fashion as partners within a larger firm. Additionally, it was more efficient to involve Attorney Bromberg, because any additional time expended because of the involvement of new counsel was significantly less than the additional time and expenses that would have been incurred if the undersigned had been required to travel to New York to attend the oral argument.

The declarations of the undersigned and Attorney Brian L. Bromberg establish that the fair value of work performed in connection with Plaintiff's defense of the appeal filed by ABW is $23,505.82. This amount includes $287.42 for the cost of printing the brief in excess of the amount allowable in the bill of costs.

**CONCLUSION**

For the foregoing reasons, Plaintiff is entitled to a supplemental attorney's fee award from ABW in the amount of $23,505.82.

          PLAINTIFF, KAREN DIXON

          By: */s/ Daniel S. Blinn*
              Daniel S. Blinn (ct02188)
              Consumer Law Group, LLC
              35 Cold Spring Rd. Suite 512
              Rocky Hill, CT  06067
              Tel (860) 571-040
              Fax (860) 571-7457
              dblinn@consumerlawgroup.com

**CERTIFICATION**

I hereby certify that on July 11, 2017, a copy of the foregoing Memorandum of Law in Support of Motion for Supplemental Attorney's Fees was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

          /s/ *Daniel S. Blinn*
          Daniel S. Blinn