# EXHIBIT A

Date: 7/11/2017
User: DB

## Pre-Bill Worksheet

Bill To: **Dixon, Karen - ABW - 16-2852**

Karen Dixon
7B Rockview Circle
New Haven, CT 06515

Billing Cycle:
Status                  Active
Instructions
Fee Arrangement:        Standard - First Bill
Exp Arrangement:        Standard

Billing Actions

Last Bill Date:         n/a
Last Payment Date       7/10/2017

**Fees**

| Date / Staff | Bill Code / Description | Rate / Markup % | Hours / DNB Hours | No Chg | Amount | Status | Adj Val | Billed Val |
|---|---|---|---|---|---|---|---|---|
| 8/17/2016 DSB | review notice of appeal and advise client re same. | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/22/2016 DSB | review issue re adversary proceeding and impact on case; conf w/ LM re 2nd Circuit status | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 8/22/2016 LM | Review bankruptcy case status and docket (.1) and o/c with DB. | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 9/02/2016 LM | Prepare DSB's appearance for Second Circuit Appeals. | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 9/06/2016 DSB | tc w/ Brian Bromberg re need for counsel to defend Second Circuit appeal (.2); tc w/ client re same and email confirming; discussion of ABW's unwillingness to discuss settlement (.1) | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 9/06/2016 LM | Draft notice re: order of discharge in bankruptcy | $150.00 | 0.10 | 0.10 | $0.00 | No Charge | $0.00 | $0.00 |
| 9/09/2016 LM | Compile record and email to Brian Bromberg. | $150.00 | 0.30 | 0.30 | $0.00 | No Charge | $0.00 | $0.00 |
| 9/22/2016 DSB | misc email exchanges re setting up conf call to discuss settlement conf | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 9/26/2016 LM | Receipt of order re: deadline for appellant's brief; calendar court | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |

1

| Date / User | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| | deadline | | | | | | | |
| 9/27/2016 DSB | tc w/ Brian Bromberg re prior transcribed proceedings and inaccurate statement by appellant | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/04/2016 DSB | tc w/ client re conf to discuss settlement conf and discussion of briefing on supplemental fees | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/04/2016 DSB | participate in conference call w/ Atty Kheel re 2nd Circuit Mediation (.2); prepare email to Mr Kheel summarizing position (.5) | $400.00 | 0.80 | 0.00 | $320.00 | Billable | $320.00 | $320.00 |
| 10/05/2016 DSB | tel conf w/ Brian Bromberg re misc issues re appeal | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/24/2016 DSB | review email exchange between Atty Kheel and counsel for ABW re exchange of ex parte statements; email to Atty Kheel | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/24/2016 DSB | misc emails re mediator request for ex parte statement | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/25/2016 DSB | Forward statement to mediator per request | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/27/2016 DSB | misc emails re settlement conf | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 10/31/2016 DSB | CAMP Mediation - 2nd Circuit, including .2 prep time | $400.00 | 1.50 | 0.00 | $600.00 | Billable | $600.00 | $600.00 |
| 10/31/2016 DSB | tc w/ Robert Kheel re upcoming mediation | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 11/22/2016 DSB | consideration of executing on file; review rule | $400.00 | 0.20 | 0.00 | $80.00 | Billable | $80.00 | $80.00 |
| 12/01/2016 LM | Prepare bank execution (.1) and motion to appoint process server (.1) and efile (.1). | $150.00 | 0.30 | 0.00 | $45.00 | Billable | $45.00 | $45.00 |
| 12/08/2016 DSB | review proposed escrow agreement and email to Brian Bromberg re same ( . 2 split between Dixon and Franco files) | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 12/12/2016 DSB | review (brief) of appellant's brief and review of motion to reinstate appeal; consideration of whether to raise apparent | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |

2

| Date/Initials | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| | false claims made in motion to reinstate | | | | | | | |
| 12/13/2016 DSB | review appendix and key documents omitted by defendant; conf w/ Brian Bromberg re same | $400.00 | 0.50 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 12/14/2016 DSB | update client re motion to reinstate appeal and forward brief | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 12/15/2016 LM | Receipt/review of court order reinstating appeal; calendar deadline to file scheduling notification | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 12/30/2016 DSB | review issue re ABW compliance w/escrow agreement | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 12/30/2016 LM | tct (vmm) Atty Votre re: status of escrow agreement | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 1/04/2017 DSB | consideration of options in light of ABW failure to follow through on escrow agreement and tc w/ Brian Bromberg re same; draft letter to Atty Votre regarding withdrawal from agreement | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 2/02/2017 DSB | tel conf w/ Brian Bromberg re approach to appeal and issues therein | $400.00 | 0.40 | 0.00 | $160.00 | Billable | $160.00 | $160.00 |
| 2/10/2017 DSB | prepare and send status update report for client | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 3/08/2017 DSB | tc w/ Brian Bromberg re structure and organization of brief | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 3/10/2017 DSB | review and revise drafts of brief | $400.00 | 1.70 | 0.00 | $680.00 | Billable | $680.00 | $680.00 |
| 3/13/2017 DSB | review and edit draft brief | $400.00 | 0.80 | 0.00 | $320.00 | Billable | $320.00 | $320.00 |
| 3/14/2017 DSB | proof and edit near final brief | $400.00 | 1.20 | 0.00 | $480.00 | Billable | $480.00 | $480.00 |
| 3/15/2017 DSB | forward brief to client w/ comments | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 3/29/2017 DSB | review reply brief and tc w/ Brian Bromberg re same and discussion of failure to specify "new evidence" | $400.00 | 0.40 | 0.00 | $160.00 | Billable | $160.00 | $160.00 |

## Pre-Bill Worksheet

| Date / Initials | Description | Rate | Hours | | Amount | Status | | |
|---|---|---|---|---|---|---|---|---|
| 3/30/2017 LM | Email reply brief to client | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 5/29/2017 DSB | draft status update for client | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 5/31/2017 DSB | respond to client inquiry re post appeal procedures | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 6/09/2017 DSB | review of briefs and appendices in preparation for prep session | $400.00 | 0.50 | 0.00 | $200.00 | Billable | $200.00 | $200.00 |
| 6/13/2017 DSB | Prep for oral argument w/ Brian Bromberg | $400.00 | 1.10 | 0.00 | $440.00 | Billable | $440.00 | $440.00 |
| 6/19/2017 DSB | research re suggestion by panel re motion for costs and recommendations to Brian Bromberg re same | $400.00 | 0.30 | 0.00 | $120.00 | Billable | $120.00 | $120.00 |
| 6/28/2017 DSB | review summary order and show cause order (.3) and tc w/ client re same (.2); tc w/ Atty Bromberg re submission of supplemental fee application (.1); draft email to Atty Votre offering to negotiate fees and addressing payment of judgment amount to avoid marshal fees (.2) | $400.00 | 0.80 | 0.00 | $320.00 | Billable | $320.00 | $320.00 |
| 6/28/2017 LM | Prepare bill of costs. | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |
| 7/05/2017 DSB | conf w/ LM re no response to demand turnover of escrowed funds and discussion of preparation of motion for supplemental fees; approve bill of costs | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 7/07/2017 DSB | tel conf w/ Brian Bromberg re timing of motion for supplemental fees and allocation of tasks | $400.00 | 0.10 | 0.00 | $40.00 | Billable | $40.00 | $40.00 |
| 7/07/2017 LM | tct Atty Bromberg re: declaration and bill (.1); draft motion (.1) and MOL for supplemental fees (1.2); draft decl. of DSB (.2). | $150.00 | 1.60 | 0.00 | $240.00 | Billable | $240.00 | $240.00 |
| 7/11/2017 DSB | revise motion for supplemental fees and supporting memorandum of law | $400.00 | 0.90 | 0.00 | $360.00 | Billable | $360.00 | $360.00 |
| 7/11/2017 LM | Finalize BB declaration into pdf | $150.00 | 0.10 | 0.00 | $15.00 | Billable | $15.00 | $15.00 |

**Pre-Bill Worksheet**

| | | | | | | |
|---|---|---|---|---|---|---|
| Total | Billable Fees | 17.40 | $6,095.00 | | | $6,095.00 |

**Expenses**

| Date<br>Staff | Bill Code<br>Description | Price<br>Markup % | Quantity | Amount | Status | Adj Value | Billed Val |
|---|---|---|---|---|---|---|---|
| 3/27/2017<br>DSB | $LEG<br>Legal Notice published - Brief - Printing (in excess of $237- amount included in bill of costs to 2nd Circiut) | $525.32 | 1.00 | $525.32 | Billable | $288.32 | $288.32 |
| Total | Billable Expenses | | | $525.32 | | | $288.32 |

Case 3:15-cv-00691-AWT Document 51-3    Filed 07/11/17    Page 6 of 7
Pre-Bill Worksheet

**Pre-Bill Worksheet**

**Calculations of Fees and Expenses**

Fees Arrangement: Standard - First Bill
Total of billable time records $6,095.00

Total Fees $6,095.00

Expense Arrangement: Standard
Total of billable expense records $525.32

Adjustments to Expenses $-237.00

Total Expenses $288.32

Total New Charges $6,383.32

Total New Charges $6,383.32

**Staff Summary**

| Staff | Total Hours | Billable | Non-Billable | Rate | Amount |
|---|---|---|---|---|---|
| DSB | 14.30 | 14.30 | 0.00 | $400.00 | $5,720.00 |
| LM | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 |
| LM | 2.50 | 2.50 | 0.00 | $150.00 | $375.00 |

**Phase Summary**

| Code | Hours | Rate | Fees | Expenses | Total |
|---|---|---|---|---|---|
| (None) | 17.40 | 150.00 | $6,095.00 | $288.32 | $6,383.32 |